# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01007-MSK-GJR

MAYS CONCRETE, INC.

    Plaintiff,

v.

TRANSPORTATION INSURANCE COMPANY,

    Defendant.

## ORDER RESCHEDULING SCHEDULING/PLANNING CONFERENCE

This matter having come before this Court on Defendant Transportation Insurance Company's Unopposed Motion to Reschedule Scheduling/Planning Conference, and the Court being adequately advised of the premises;

Does order that the July 10, 2006 Scheduling/Planning Conference in Grand Junction, Colorado is hereby vacated and rescheduled for July 20, 2006 at 1:00 p.m.. All others deadlines and requirements set forth in the prior Order Setting Scheduling/Planning Conference shall be determined by reference to this new date for the Scheduling/Planning Conference.

Dated:  June 29, 2006.

                                BY THE COURT:

                                s/Gudrun Rice

                                _____

                                United States Magistrate Judge