IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01007-MSK-CBS

MAYS CONCRETE, INC.,

      Plaintiff,

v.

TRANSPORTATION INSURANCE COMPANY,

      Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS MATTER** comes before this Court on the Stipulated Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1) **(#12).** The Court being adequately advised of the premises:

**ORDERS** that this matter is dismissed without prejudice. The Clerk of the Court is directed to close this case.

Dated this 19th day of July, 2006.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        Marcia S. Krieger
                                        United States District Judge